WILLIAM SPOAR, Appellant, v. PETER B. McCAGHEY, Respondent.

Argued April 14, 1939; decided May 16, 1939.

*David E. Snyder* and *Francis J. Stewart* for appellant.
*James P. O'Donnell* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.